### HUNTER v. COOPERSTOWN & S. V. R. Co.

*(Supreme Court, General Term, Fourth Department.* September 19, 1889.

Motion granted and new trial ordered, with costs to abide the event.

---

### PEOPLE v. HILL.

*(Supreme Court, General Term, Fourth Department.* September 19, 1889.)

No opinion. Order amended so as to show that the reversal was granted upon questions of law exclusively. For former report, see 3 N. Y. Supp. 564.

---

### POMEROY v. LOOMIS.

*(Supreme Court, General Term, Fourth Department.* September 19, 1889.)

Order reversed, and taxation set aside, without costs of this appeal to party. *Per Curiam mem.* filed with the clerk of Broome county.

---

### ROWLAND v. TOWN OF DAVENPORT.

*(Supreme Court, General Term, Fourth Department.* September 19, 1889.)

No opinion. Judgment affirmed, with costs.

---

### *In re* SANFORD.

*(Supreme Court, General Term, Fourth Department.* September 19, 1889.)

PER CURIAM. Order of confirmation reversed so far as it relates to the mental capacity of the lunatic prior to the date of the inquest, and the finding on that subject contained in the inquisition stricken out as unwarranted, under section 2335 of the Code of Civil Procedure, and in other respects order affirmed, with $10 costs and disbursements to appellant.

---

### SCHUMAKER v. MATHER.

*(Supreme Court, General Term, Fourth Department.* September 19, 1889.)

Judgment and order reversed, on the exceptions, and a new trial ordered, with costs to abide the event.

---

### SLATTERY v. NEW YORK, L. E. & W. R. Co.

*(Supreme Court, General Term, Fourth Department.* September 19, 1889.)

No opinion. Motion denied. For former report, see 4 N. Y. Supp. 910.

---

### STEBBINS v. VILLAGE OF ONEIDA.

*(Supreme Court, General Term, Fourth Department.* September 19, 1889.)

No opinion. Motion denied. For former report, see 5 N. Y. Supp. 483.

---

### SWAN v. BALTIMORE & O. R. Co.

*(Supreme Court, General Term, Fourth Department.* September 19, 1889.)

No opinion. Order striking out portions of the complaint affirmed, with $10 costs and disbursements.